NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LEFTSNRIGHTS, INC., DBA LIQWID,**
*Appellant*

**v.**

**33ACROSS, INC.,**
*Appellee*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

_____

2020-2348
_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-01480.

_____

**JUDGMENT**

_____

NATHAN C. BRUNETTE, Stoel Rives LLP, Portland, OR, argued for appellant. Also represented by ELLIOTT J. WILLIAMS; MARC T. RASICH, Greenberg Traurig LLP, Salt Lake City, UT.

RACHEL M. WALSH, Goodwin Procter LLP, San Francisco, CA, argued for appellee. Also represented by BRETT M. SCHUMAN; CE LI, Washington, DC.

ROBERT MCBRIDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by MAI-TRANG DUC DANG, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and PROST, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 30, 2023 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
|  | Clerk of Court |